UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 Dec 3 AM 9:33
CLERK
SO. DIST OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. CR_____ |
| v. | ) | |
| | ) | CR418-0267 |
| OSCAR CRUZ | ) | |

### O R D E R

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled information, the government's Motion to Seal, this Order, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process.

So ORDERED this _____3rd_____ day of _____December_____, 2018

_____
The Honorable James E. Graham
United States Magistrate Judge
Southern District of Georgia

2