IN THE UNITED STATES DISTRICT COURT
SOUTHERHN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA | ) CASE NO. 4:18CR00267-1 |
| v. | ) |
| OSCAR CRUZ, Defendant. | ) |

## ORDER

Having read and reviewed Counsel's Motion, It Is Hereby Ordered and Adjudged that Counsel's motion be GRANTED and that he be permitted to file his voucher for Interim payment/compensation in the above captioned case.

_____
Honorable William T. Moore, Jr.
U.S. District Judge,
Southern District of Georgia

Order Prepared by:
Amit Navare
Counsel for the Defendant
GA Bar No.: 535777

210 E. 31st St.
Savannah, GA 31401
(912) 238- 2881

U. S. DISTRICT COURT
Southern District of GA
Filed In Office
11/21 20 19
Deputy Clerk